Belknap, }
Dec., 1899. }

GRAY v. FIFE & Tr.

Wages for labor performed by the defendant after service upon the trustee are not exempt from attachment when they form an inseparable part of the trustee's indebtedness, the remainder of which is not exempt.

FOREIGN ATTACHMENT. The trustee disclosed that he owed the defendant $32.89, for the work of himself and team. At the beginning of the action the defendant owed the trustee $7.22. The trustee was held chargeable for $25.67, and he excepted.

*William B. Fellows*, for the plaintiff.

*Leach & Stevens*, for the trustee.

PIKE, J. "The money, rights, and credits of the defendant shall be exempt from trustee process in the following instances, and the trustee shall not be chargeable therefor: I. Wages for labor performed by the defendant after the service of the writ upon the trustee." P. S., c. 245, s. 20. The trustee's indebtedness to the defendant included not only wages for labor performed by the defendant, but also compensation for the service and use of his team;

and " no means are furnished by which it is possible to extricate the privileged labor from the other ingredients composing the cause of indebtedness, and to ascertain its value." In such a case the trustee is chargeable. *Robbins* v. *Rice*, 18 N. H. 507.

*Exception overruled.*

PARSONS, J., did not sit : the others concurred.